IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

HORACE F. HUNTER,

    Plaintiff

    v.                          Civil Action No. 3:11-CV-216-JAG

VIRGINIA STATE BAR, *et al,*.

    Defendants.

## **ORDER**

This matter is before the Court on the Motion to Dismiss filed by Defendants Virginia State Bar, Karen Gould, and Renu Brennan on April 18, 2011 (Dkt. No. 5) and the Motion for a Temporary Injunction filed by Plaintiff Horace F. Hunter on April 12, 2011 (Dkt. No. 4). The Court dispenses with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Defendants' Motion to Dismiss. Plaintiff's Motion for a Temporary Injunction is DENIED as moot. The hearing on these motions scheduled for Monday, May 16, 2011 is CANCELED.

Plaintiff may appeal the decision of the Court. Should he wish to appeal, written notice of appeal must be filed within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ John A. Gibney, Jr.
John A. Gibney, Jr.
United States District Judge

Date: May 9, 2011
Richmond, VA